# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-20290-JB

TAMIA SMILEY,

      Plaintiff,

v.

THE MIAMI CHILDREN'S MUSEUM, INC.,

      Defendant.

_____ /

## NOTICE OF APPEARANCE AND DESIGNATION OF
## LEAD COUNSEL FOR DEFENDANT

Jillian Strasser, Esq. of Cole Scott & Kissane, P.A. hereby gives notice of her appearance

as counsel of record and designation as lead counsel for Defendant, THE MIAMI CHILDREN'S

MUSEUM, INC., and requests that copies of all papers and pleadings filed herein be served upon

her.

Dated: January 31, 2025              Respectfully submitted,

                                COLE, SCOTT & KISSANE, P.A.
                                *Attorneys for Defendant*
                                222 Lakeview Avenue
                                Suite 500
                                West Palm Beach, FL 33401
                                Telephone: (561) 383-9200
                                Facsimile: (561) 683-8977

                  By: */s/ Jillian Strasser*
                      JILLIAN STRASSER
                      FL Bar No.: 113611

CASE NO.: 1:25-cv-20290-JB

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 31st day of January 2025, a true and correct copy of the

foregoing was filed with the Clerk of the court via CM/ECF, which will send notice of electronic

filing to all parties.

*s/ Jillian Strasser*
Jillian Strasser

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 500 - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX