UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-20290-JB

TAMIA SMILEY,

    Plaintiff,

v.

THE MIAMI CHILDREN'S MUSEUM, INC.,

    Defendant.
_____/

## NOTICE OF APPEARANCE AND DESIGNATION OF COUNSEL FOR DEFENDANT

Emma McCarthy, Esq. of Cole Scott & Kissane, P.A. hereby gives notice of her appearance as counsel of record for Defendant, THE MIAMI CHILDREN'S MUSEUM, INC., and requests that copies of all papers and pleadings filed herein be served upon her.

Dated: February 3, 2025

                                   Respectfully submitted,

                                   COLE, SCOTT & KISSANE, P.A.
                                   *Attorneys for Defendant*
                                   222 Lakeview Avenue
                                   Suite 500
                                   West Palm Beach, FL 33401
                                   Telephone: (561) 383-9200
                                   Facsimile: (561) 683-8977
                                   Primary email: emma.mccarthy@csklegal.com
                                   Alternate email: jennifer.lespinasse@csklegal.com

                           By: */s/ Emma McCarthy*
                                   EMMA MCCARTHY
                                   Florida Bar No.: 1048504
                                   JILLIAN STRASSER
                                   Florida Bar No. 113611

CASE NO.: 1:25-cv-20290-JB

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of February 2025, a true and correct copy of the foregoing was filed with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all parties.

*s/ Emma McCarthy*
EMMA MCCARTHY